**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br>ROBERT WILLIS WORMLEY<br>STEPHANIE ANN WORMLEY<br>Debtor(s) | Case No. 06-34702-HDH-13 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Thomas D. Powers, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/03/2006.

2) The plan was confirmed on 04/09/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/01/2007, 01/28/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/10/2007, 03/05/2010.

5) The case was completed on 11/16/2011.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 69.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $30,160.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,700.72 |
| Less amount refunded to debtor | $0.72 |
| **NET RECEIPTS:** | **$11,700.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $871.29 |
| Other | $117.09 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,488.38** |

Attorney fees paid and disclosed by debtor:   $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLIED INTERSTATE | Unsecured | 13,207.47 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 1,299.40 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 312.08 | NA | NA | 0.00 | 0.00 |
| ANDERSON FINANCIAL NETWORK | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| ARN LTD | Unsecured | 502.76 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 3,558.36 | 3,558.36 | 3,558.36 | 81.01 | 0.00 |
| ATLAS CREDIT CO INC | Unsecured | 673.70 | 673.70 | 673.70 | 15.34 | 0.00 |
| BURNS AND CARLISLE | Unsecured | 318.00 | 318.00 | 318.00 | 7.24 | 0.00 |
| CALWESTEN RECONVEYANCE COF | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL MORTGAGE | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF DALLAS | Secured | 678.90 | 678.90 | 678.90 | 0.00 | 0.00 |
| DR S SAM FINN | Unsecured | 3,132.75 | NA | NA | 0.00 | 0.00 |
| EMCARE MESQUITE PHYS | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| GEMB MERVYNS | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| GREAT SENECA HOUSEHOLD ORCH | Unsecured | 1,794.13 | 1,551.87 | 1,551.87 | 35.33 | 0.00 |
| HOMECOMINGS FINANCIAL | Secured | 133,387.00 | 152,932.87 | 152,932.87 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 172.70 | 172.70 | 172.70 | 3.93 | 0.00 |
| JOINT VENTURES LLP | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| JON BARRY AND ASSOC | Unsecured | 747.00 | NA | NA | 0.00 | 0.00 |
| JON BARRY AND ASSOC | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| JON BARRY AND ASSOC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| LAB ONE | Unsecured | 74.38 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 67.81 | 343.53 | 343.53 | 7.82 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 792.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DATA SYSTEMS | Unsecured | 1,447.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DATA SYSTEMS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DATA SYSTEMS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DATA SYSTEMS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DATA SYSTEMS | Unsecured | 1,299.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DATA SYSTEMS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MESQUITE ORTHOPEDIC CLINIC | Unsecured | 30.20 | NA | NA | 0.00 | 0.00 |
| NCO EMCARE | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| NCO EMCARE | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| NCO EMCARE MSQ EMERG PHYS | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| NEWPORT NEWS | Unsecured | 4,245.00 | NA | NA | 0.00 | 0.00 |
| OMNIAMERICAN BANK | Secured | 4,222.48 | 4,222.48 | 4,222.48 | 4,222.48 | 1,392.72 |
| OSI COLLECTION SERVICE | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIAN ANESTHESIA PRACTIC | Unsecured | 263.03 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS MESQUITE | Unsecured | 263.06 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 3,112.48 | 3,112.48 | 3,112.48 | 70.85 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,958.00 | 1,958.49 | 1,958.49 | 44.58 | 0.00 |
| PRESBYTERIAN HOME HEALTH | Unsecured | 602.10 | NA | NA | 0.00 | 0.00 |
| RECOVERY MGMT SYSTEMS CORP | Unsecured | 1,551.87 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMINISTRATI | Unsecured | 12,116.30 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CARDIAC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| SWEENEY EYE ASSOC | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA INC | Unsecured | 96.41 | 96.41 | 96.41 | 2.20 | 0.00 |
| TEXAS FAMILY PRACTICE | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| TEXAS GASTROESTEROLOGY ASSO | Unsecured | 783.21 | NA | NA | 0.00 | 0.00 |
| TEXAS WORKFORCE COMMISSION | Unsecured | 0.00 | 916.00 | 916.00 | 20.85 | 0.00 |
| TIME WARNER CABLE | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| UAC | Unsecured | 5,999.42 | 5,999.42 | 5,999.42 | 136.59 | 0.00 |
| WELLS FARGO | Secured | 2,140.66 | 2,140.66 | 2,140.66 | 2,140.66 | 0.00 |
| WELLS FARGO | Secured | 97,949.00 | 98,933.67 | 98,933.67 | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| WFNNBLERNER | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| WOLPOFF AND AMBRAMSON LLP | Unsecured | 1,551.87 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORPORATION | Unsecured | 643.00 | 1,318.32 | 1,318.32 | 30.02 | 0.00 |
| YURL LEMESHEV MD | Unsecured | 12,004.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $251,866.54 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,140.66 | $2,140.66 | $0.00 |
| Debt Secured by Vehicle | $4,222.48 | $4,222.48 | $1,392.72 |
| All Other Secured | $678.90 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$258,908.58** | **$6,363.14** | **$1,392.72** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,019.28** | **$455.76** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,488.38 |
| Disbursements to Creditors | $8,211.62 |
| **TOTAL DISBURSEMENTS** : | **$11,700.00** |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/27/2012

By: /s/ Thomas D. Powers
　　　　　　　　　　　Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**